JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNY A. JIMENEZ, | No. CV 08-2200-MMM(CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| ROBERT A. HOREL, | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 29, 2012

_____
MARGARET M. MORROW
United States District Judge