JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIOVANNY A. JIMENEZ, | ) | No. CV 08-2200-MMM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT A. HOREL, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 29, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge